JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVSION

| | |
|---|---|
| FAITH SORIANO, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>T.J. MAXX OF CA, LLC, a Virginia Limited Liability Company; THE TJX COMPANIES, INC., a Virginia Corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:24-cv-07386-CV (RAOx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On November 3, 2025, the parties filed a Joint Stipulation to Dismiss Action Without Prejudice ("Stipulation"). Doc. # 25. The Court, having reviewed the Stipulation and good cause having been found, hereby GRANTS the Stipulation and DISMISSES this action in its entirety without prejudice.

**IT IS SO ORDERED.**

Dated: 12/8/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE